# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2012

144140

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

FRANK ALFIERI, IV, and TONYA ALFIERI,
f/k/a TONYA HESELSCHWERDT,
      Plaintiffs-Appellees,

v

MARC BERTORELLI, BRENDA BERTORELLI,
and MARC BERTORELLI BUILDER, LLC,
      Defendants,

and

MERYL GREENE and WEBER SEILER
REALTORS, INC, d/b/a COLDWELL BANKER
WEBER SEILER,
      Defendants-Appellants.

SC: 144140
COA: 297733
Van Buren CC: 07-056919-CH

_____/

On order of the Court, the application for leave to appeal the January 10, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2012

Clerk

p0516